900 F.2d 255
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Katrina Ferguson SOLOMON, Plaintiff-Appellant,
v.
Ron BURKHART, Defendant-Appellee.
 No. 89-6344.
 United States Court of Appeals, Fourth Circuit.
 Submitted: March 5, 1990.
Decided: March 23, 1990.
 
 Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Elizabeth V. Hallanan, District Judge. (C/A No. 88-259)
 Katrina Ferguson Solomon, appellant pro se.
 Gary L. Call, Assistant United States Attorney, Charleston, W. Va., for appellee.
 S.D.W.Va.
 AFFIRMED.
 Before ERVIN, Chief Judge, and PHILLIPS and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Katrina Ferguson Solomon appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2241. Our review of the record and the district court's opinion accepting the recommendation of the magistrate discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Solomon v. Burkhart, CA-88-259 (S.D.W.Va. Nov. 9, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED